SEDGWICK, DETERT, MORAN & ARNOLD LLP
STEPHANIE SHERIDAN  Bar No. 135910
ALISON WILLIAMS  Bar No.  251689
STEPHANIE.SHERIDAN@SDMA.COM
ALISON.WILLIAMS@SDMA.COM
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendant
NUTRA-COASTAL TRADING, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL NICKEL, an individual; and DAVID ROBERTS, an individual; on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NUTRA-COASTAL TRADING, LLC; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 2:09-cv-03033-JAM-EFB<br><br>**ORDER GRANTING DEFENDANT'S EX PARTE APPLICATION FOR AN ORDER EXTENDING TIME FOR DEFENDANT TO RESPOND TO COMPLAINT UNTIL JANUARY 6, 2010, OR ALTERNATIVELY, FOR AN ORDER PERMITTING A MOTION ON SHORTENED TIME**<br><br>[Local Rule 144]<br><br>JUDGE:   Hon. John A. Mendez |

The Court has considered the *ex parte* application of defendant Nutra-Coastal Trading, LLC ("defendant") to extend time for defendant to respond to the complaint until January 6, 2010.

The Court GRANTS the *ex parte* application and extends the time for the defendant's responsive filing to January 6, 2010, pursuant to Local Rule 144.

IT IS SO ORDERED.

DATED: _December 7, 2009

　　　　　　　　　　　　　　　　　　　　/s/ John A. Mendez_____
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE
　　　　　　　　　　　　　　　　　　　EASTERN DISTRICT OF CALIFORNIA

-1-
[PROPOSED] ORDER GRANTING DEFENDANT'S EX PARTE APPLICATION FOR AN ORDER EXTENDING TIME FOR DEFENDANT TO RESPOND. CASE NO. 2:09-cv-03033-JAM-EFB

PDF created with pdfFactory trial version www.pdffactory.com