1  Gene J. Stonebarger, State Bar No. 209461
   Richard D. Lambert, State Bar No. 251148
2  STONEBARGER LAW
   A Professional Corporation
3  75 Iron Point Circle, Suite 145
   Folsom, CA 95630
4  Telephone: (916) 235-7140
   Facsimile:  (916) 235-7141
5
   Attorneys for Plaintiff and the Class
6

7

8
                    **UNITED STATES DISTRICT COURT**
9
                    **EASTERN DISTRICT OF CALIFORNIA**
10

11 SAMUEL NICKEL, an individual; and           ) CASE NO. 2:09-CV-03033-JAM-EFB
   DAVID ROBERTS, an individual; on behalf     )
12 of themselves and all others similarly      ) **CLASS ACTION**
   situated,                                   )
13                                             ) **ORDER AND STIPULATION OF**
                Plaintiffs,                    ) **DISMISSAL**
14                                             )
   vs.                                         ) **[Fed. R. Civ. P. 41(A)(1)]**
15                                             )
   NUTRA-COASTAL TRADING, LLC;                 )
16 DAVID MCLOUGHLIN, an individual; and        )
   DOES 1 through 50, inclusive                )
17                                             )
                Defendants.                    )
18

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

*STONEBARGER LAW, A Professional Corporation* (left margin)

[PROPOSED] ORDER AND STIPULATION
OF DISMISSAL
Case No. 2:09-CV-03033-JAM-EFB

PDF created with pdfFactory trial version www.pdffactory.com

-1-

It is hereby stipulated and agreed by and between the plaintiffs, SAMUEL NICKEL and DAVID ROBERTS and the defendants, NUTRA-COASTAL TRADING, LLC and DAVID MCLOUGLIN, through their respective attorneys of record herein, that the individual claims of Plaintiffs Samuel Nickel and David Roberts shall be DISMISSED WITH PREJUDICE and without costs, and that the claims of the putative class members shall be DISMISSED WITHOUT PREJUDICE and without costs.

IT IS SO STIPULATED.

Dated: March 19, 2010                    STONEBARGER LAW, APC

                                         By:  /s/ Richard D. Lambert
                                              Richard D. Lambert
                                              Attorneys for Plaintiff and the Class

                                         SEDGWICK, DETERT, MORAN, &
                                         ARNOLD LLP

                                         By:  /s/ Alison Williams
                                              Alison Williams
                                              Attorneys for Defendant

IT IS SO ORDERED.

Dated: March 22, 2010                    /s/ John A. Mendez
                                         Judge of the District Court

**[PROPOSED] ORDER AND STIPULATION OF DISMISSAL**
CASE NO. 2:09-CV-03033-JAM-EFB

-2-

PDF created with pdfFactory trial version www.pdffactory.com